# THE BAYARD FIRM
ATTORNEYS

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4261
maugustine@bayardfirm.com

April 17, 2007

**VIA HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

    Re:   *In re NationsRent, Inc., et al.*
            *Case No. 01-11628*

Dear Magistrate Judge Thynge:

    Pursuant to the Order scheduling a teleconference for Wednesday, April 18, 2007 at 12:30 p.m. in the remaining *NationsRent* cases, enclosed please find a list of anticipated participants.

    As always, I am available should the Court have any questions or concerns.

                                    Respectfully submitted,

                                    Mary E. Augustine
                                    (DE ID No. 4477)

MEA

Enclosure

cc:  Susan Ericksen, Esquire (via electronic mail)

File No. 28587-2

657277-1

# In re NationsRent, Inc., *et al.*
## Case No. 01-11628
### TELECONFERENCE PARTICIPANT LIST

*Counsel to Perry Mandarino, NationsRent Unsecured Creditors' Liquidating Trustee*
Paul Kizel, Esq.
Susan Ericksen, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-6140
Facsimile: (973) 597-6141
E-mail: sericksen@lowenstein.com

*Local Counsel to Perry Mandarino, NationsRent Unsecured Creditors' Liquidating Trustee*
Ashley Stitzer, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
Telephone: (302) 429-4261
Facsimile: (302) 658-6395
E-mail: maugustine@bayardfirm.com

654452-1