# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.,* [1]<br><br><div align="center">Debtors.</div> | Chapter 11<br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br><div align="center">Plaintiff,</div><br>v.<br><br>Vic's Tire Service,<br><br><div align="center">Defendant.</div> | <br><br><br><br><br>Civil Action Number: 04-804(***) |

## ORDER DISMISSING CASE PURSUANT TO RULE 41(a)(2)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

This Court, having considered the Motion to Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (the "Motion") filed by Perry Mandarino, Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Liquidating Trust (the "Creditor Trust"), and it being found that this Court has jurisdiction, and it appearing that good and sufficient notice of the Motion having been given; and no further notice of the Motion or of the entry of this Order need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby:

ORDERED:

1.  That the Motion is granted.

2.  The above-referenced case is hereby dismissed.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

658318-1

3.   The Clerk of this Court is hereby direct to close the above-referenced case.


Dated: _____, 2007



_____
United States District Court Judge