# CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 17th day of May, 2007, I caused a true and correct copy of the **Motion to Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure** to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Victor Almaguer
*Vic's Tire Service*
1712 East Riverside
Austin, TX 78741

Mary E. Augustine (No. 4477)

660281-1